Jared J. Braithwaite (CA State Bar No. 288642)
   jbraithwaite@mabr.com
MASCHOFF BRENNAN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Aperture Net LLC**, <br><br> Plaintiff; <br><br> v. <br><br> **Topcon Position Systems, Inc.**, <br><br> Defendant. | Case No. 4:20-cv-6117-JSW <br><br> **Joint Stipulated Motion to Extend Time for Defendant to Respond to Plaintiff's Complaint** |

    The parties hereby agree and stipulate to extend the time for Defendant Topcon Position Systems, Inc. to answer or otherwise respond to Plaintiff Aperture Net LLC's Complaint for an additional 31 days, through and including November 9, 2020. No party will be prejudiced by this brief extension nor will the extension impact the Court's case management conference set for December 18, 2020.

Dated: October 7, 2020                    Respectfully submitted,

MASCHOFF BRENNAN                    INSIGHT PLC

By: */s/ Jared J. Braithwaite*             By: */s/ Steven W. Ritcheson*
    Jared J. Braithwaite                          Steven W. Ritcheson

    Attorney for Defendant                    Attorney for Plaintiff

                                               *(signed with permission by filing attorney)*