# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Aperture Net LLC**, <br><br> Plaintiff; <br><br> v. <br><br> **Topcon Position Systems, Inc.**, <br><br> Defendant. | Case No. 4:20-cv-6117-JSW <br><br> **[Proposed] Order Granting Joint Stipulated Motion to Extend Time for Defendant to Respond to Plaintiff's Complaint** |

Pursuant to the parties' stipulation and motion to extend the time for Defendant Topcon Position Systems, Inc. to answer or otherwise respond to Plaintiff's Complaint, **IT IS HEREBY ORDERED** that Topcon Position Systems, Inc.'s deadline to answer or otherwise respond to Plaintiff Aperture Net LLC's Complaint is extended by 31 days, through and including November 9, 2020.

Dated: _____, 2020      By: _____
                                             Honorable Judge Jeffrey S. White
                                             United States District Judge