Jared J. Braithwaite (CA State Bar No. 288642)
    jbraithwaite@mabr.com
MASCHOFF BRENNAN
100 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone:  (949) 202-1900
Facsimile:   (949) 453-1104

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Aperture Net LLC**,

    Plaintiff;

v.

**Topcon Position Systems, Inc.**,

    Defendant.

Case No. 4:20-cv-6117-JSW

**Second Joint Stipulated Motion to Extend Time for Defendant to Respond to Plaintiff's Complaint**

    The parties hereby agree and stipulate to extend the time for Defendant Topcon Position Systems, Inc. to answer or otherwise respond to Plaintiff Aperture Net LLC's Complaint for an additional 30 days, through and including December 9, 2020. The parties move for the extension to address the potential for early resolution in this matter. No party will be prejudiced by this extension nor will the extension impact the Court's case management conference set for December 18, 2020.

| Dated: November 3, 2020 | Respectfully submitted, |
|---|---|
| MASCHOFF BRENNAN | INSIGHT PLC |
| By: */s/ Jared J. Braithwaite* | By: */s/ Steven W. Ritcheson* |
| Jared J. Braithwaite | Steven W. Ritcheson |
| Attorney for Defendant | Attorney for Plaintiff |
|  | *(signed with permission by filing attorney)* |

1